## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Vicki L. Kelm,                                        Civil Action No. 10-CV-04729 (PAM/LIB)

          Plaintiff,

v.                                                            **ORDER FOR DISMISSAL**


Gurstel Chargo, P.A.,

          Defendant.

_____

Based upon the Notice of Acceptance of Offer of Judgment, Civil Docket number 8, filed by Plaintiff on February 22, 2011, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**


Dated:  February 24, 2011         s/Paul A. Magnuson
                                                The Honorable Paul A. Magnuson
                                                Judge of United States District Court